**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:10-CR-109 |
| ) | |
| DAVID LIRA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant David Lira (DE #488) filed on July 16, 2012. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant David Lira, and **FINDS** the Defendant guilty of Count 1 of the third superseding indictment.

This matter is set for sentencing on November 16, 2012, at 1:00 p.m.

**DATED: August 6, 2012**                    /s/RUDY LOZANO, Judge
                                                                **United States District Court**